UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 24-01779-SRM (AS) | Date | February 27, 2025 |
|---|---|---|---|
| Title | Albert Raul Franco v. Jacob Doerer, Warden | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| N/A | | N/A |

**Proceedings:** **(IN CHAMBERS)** ORDER REQUIRING PETITIONER TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT THIS ACTION BE DISMISSED AS MOOT

On Jaugust 19, 2024, Albert Raul Franco ("Petitioner"), a federal prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"). (Dkt. No. 1). The Petition states that Bureau of Prisons ("BOP") has failed to transfer him to a Residential Re-entry Center or home confinement. (Id.). On December 6, 2024, Respondent filed a motion to dismiss contending, *inter alia*, that the Petition is moot because Petitioner has in fact received the relief he requests: transfer to a residential re-entry center on November 4, 2024. (Dkt. No. 15). On December 9, 2024, the Court issued an order directing Petitioner to file an opposition to the motion to dismiss or statement of non-opposition no later than thirty(30) days from the date of the order. (Dkt. No. 18). Petitioner has not filed a response to the motion to dismiss or otherwise communicated with the Court. According to the docket, two other notices issued by the Court on December 9, 2024, were returned to the Court as undeliverable mail. (Dkt./ N os. 16-17, 19-20).

The BOP's Inmate Locator website indicates that Petitioner was released from federal custody on November 4, 2024. (See https://www.bop.gov/inmateloc). Thus, it appears that Petitioner has effectively received the relief sought in the pending Petition, and no further relief remains to be granted.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE within twenty-one (21) days of the date of this Order (by no later than March 20, 2025), why this action should not be dismissed as moot. Petitioner may submit declarations, affidavits, or any other relevant evidence with his response to this Order to Show Cause. All affidavits and declarations must be signed under penalty of perjury by persons having personal knowledge of the facts stated in the affidavits or declarations.

If Petitioner no longer wishes to pursue this action, he may request a voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a). A Notice of Dismissal form is attached for Petitioner's convenience.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-01779-SRM (AS) | Date | February 27, 2025 |
|---|---|---|---|
| Title | Albert Raul Franco v. Jacob Doerer, Warden | | |

Petitioner is cautioned that the failure to timely file a response to this Order to Show Cause and/or to show good cause may result in a recommendation that this action be dismissed as moot, for failure to comply with the Court's order, and/or for failure to prosecute.

**IT IS SO ORDERED.**

|  | 0 : 0 |
|---|---|
| Initials of Preparer | AF |