JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| ALBERT RAUL FRANCO,<br><br>Petitioner,<br><br>v.<br><br>JACOB DOERER, Warden,<br><br>Respondent. | Case No. EDCV 24-01779-SRM (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the Petition is **DENIED** and **DISMISSED WITH PREJUDICE**.

DATED: May 27, 2025

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE